UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official **Limbaugh, Jr** Date **11-16-10** Trial Day **2** Case No. **4:07 cv 2089**

**Norman Steibel, Sr.** vs. **Edward Locke**

Parties present for ☒ **JURY TRIAL** ☐ **NON JURY TRIAL** _____

Court Reporter **Lynne Shrum** Deputy Clerk **Lisa Holwitt**

Attorney(s) for Plaintiff(s) **Bevis Schock, Mike Jones**

Attorney(s) for Defendant(s) _____

☐ Jury impaneled and sworn.   ☐ Opening Statement(s) of ☐ Plaintiff(s) ☐ Defendant(s) made.

☒ Plaintiff(s) evidence ☐ commenced ☒ resumed ☒ and ☐ but not ☒ concluded.

☒ Defendant(s) evidence ☒ commenced ☐ resumed ☒ and ☐ but not ☒ concluded.

☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Oral ☒ Written Motion for **judgment on liability as matter of law by π's — overruled**, filed ☐ made/argued by ☑ pltf(s) [☒ deft(s) ☐ **oral judgment as matter of law** ] **overruled** and is

☒ Overruled/Denied ☐ Sustained ☐ Court's ruling reserved ☐ taken under submission ☐ taken with the case.

☒ Closing Arguments of counsel made. ☒ Jury charged and retires to consider its verdict(s).

☐ Case taken under advisement.   ☐ The Court declares a **MISTRIAL. Trial is reset**_____

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact, together with forms from general verdict ☐ retires to consider its verdict(s).   ☐ Jury unable to agree upon its verdict(s) by _____ am/pm is excused to resume deliberations on _____ at _____ am/pm

☒ Verdict(s) returned (See verdict form.) ☐ On motion of ☐ plaintiff ☐ defendant ☐ Court the jury is polled.

☐ Proceedings to continue _____ at _____ am/pm

☒ Judgment is entered accordingly this date. ☐ Depositions ☒ Exhibits retained by ☐ Court ☒ Counsel.

JURY DELIBERATIONS COMMENCED: **3:50**   CONCLUDED: **6:10**
PROCEEDINGS COMMENCED: **9:30 - 12:10**   CONCLUDED: **2:25 - 3:50**